IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. ZACHARY BROOKE ROBERTS, Defendant. | CR-16-19-GF-BMM ORDER |
|---|---|

Upon the motion of the United States, and for good cause shown,

IT IS ORDERED that the Indictment, Superseding Indictment, and Second Superseding Indictment against Zachary Brooke Roberts are dismissed.

DATED this 28th day of August, 2017.

Brian Morris
United States District Court Judge